**614-15**

JOSE AMILPAS
1908295 Robertson Unit
12071 FM 3522
Abilene, Texas 79601-8799

July 21, 2015

Hon. Abel Acosta, Clerk
Court of Criminal Appeals
P.O. Box 12308, Capitol Station
Austin, Texas 78711-2308

RE:    Court of Criminal Appeals No. PD-_____
       Court of Appeals Case No. 01-14-00053-CR
       Trial Court Case No. 1334791

Dear Mr. Acosta:

Please find enclosed my PETITIONER'S MOTION REQUESTING A SEC-
OND EXTENSION OF TIME DURING WHICH TIME FOR FILING HIS PETITION
FOR DISCRETIONARY REVIEW, that I ask you to please promptly pre-
sent to the Court.

Be advised that I have forwarded carbon copies of same, under
cover of a copy of this letter, to the State Prosecuting Attorney,
and to Ms. Jessica Caird, Esq., Assistant District Attorney, at
the District Attorney's Office in Houston.

I once again thank you so very much, in advance, for your ve-
ry kind and generous assistance with this matter.

                        Very respectfully, I remain,
                          Your most obedient servant,

                          JOSE AMILPAS, pro se

JA/grs
cc: Ms. Jessica Caird, Esq.
    Ms. Lisa McMinn, Esq.
    Mr. Gordon R. Simmonds
    Personal Legal File - PDR
Enc: As stated above

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUL 27 2015

Abel Acosta, Clerk

IN THE COURT OF CRIMINAL APPEALS

OF   TEXAS

No.

JOSE AMILPAS,

Petitioner-Appellant

-vs-

THE STATE OF TEXAS,

Respondent-Appellee

On Petition For Discretionary Review Of
Appeal No. 01-14-00053-CR In The Appellate Court
For The First Appellate District At Houston

PETITIONER'S MOTION REQUESTING A SECOND EXTENSION OF TIME
DURING WHICH TIME FOR FILING HIS PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE JUDGES OF THE COURT:

INTO COURT comes Jose Amilpas ("Amilpas"), Petitioner pro se in this action to respectfully move this Court to grant him an additional enlargement of time in which to file his petition for discretionary review ("PDR") of the decision and judgment of the First Court of Appeals entered on April 23, 2015, in No. 01-14-00053-CR, affirming the trial court's judgment in Cause No. 1334791 in the 174th Judicial District Court of Harris County, Texas. In support of this motion, Amilpas would show the Court the following:

I.

The judgment of the Court of Appeals was rendered in this action on April 23, 2015; and under Rule 68.2(a) of the Texas Rules of Appellate Procedure Amilpas had thirty (30) days from that date during which to file his PDR, making his petition due on or before Saturday, May 23, 2015. However, counsel that represented Amilpas on appeal realized that he would need more time than the thirty days normally allotted for preparing and submitting his PDR, so counsel provid-

-1-

ed Amilpas with a prepared motion for an extension of time that he submitted on May 18, 2015, seeking a ninety (90) day extension. The Court granted the extension, giving Amilpas until July 24, 2015, to file his PDR.

This is Amilpas' second request for an extension of time, and he respectfully requests an additional ninety (90) day extension, giving him until Thursday, October 22, 2015, to submit his PDR.

## II.

Amilpas is proceeding in this appeal pro se because he cannot locate any attorney who would be willing to represent him on a pro bono basis. Also he has proceeded as an indigent in the courts below. Amilpas is left with no other option but to rely on the assistance of another prisoner (jailhose lawyer or writ-writer) for preparing papers for filing in the courts. Amilpas has no knowledge of the law, or the mechanics for obtaining review. English is his second language, in which he speaks some, and reads and writes very little. The paralegal who is assisting him took on Amilpas' case when he was already working a full caseload because Amilpas could find no one else that would help him without having to pay. The paralegal helping Amilpas is one of the very few who will work pro bono on other prisoners' cases. His calendar is currently loaded regarding papers and pleadings he must prepare on behalf of these that he is helping, this month and next offer very few windows in which he can prepare Amilpas' PDR.

Amilpas apologizes to the Court for the necessity of this extension, it is required so that his paralegal will have the time he needs to prepare a meaningful and viable petition. Amilpas certifies that he does not request this extension for purposes of delay, or to harass the respondent, and he truly believes that any extensions will not prejudice the State.

## P R A Y E R

WHEREFORE, PREMISES CONSIDERED, Amilpas respectfully prays that this Honorable Court will grant him an extension of ninety (90) additional days, up to and including Thursday, October 22, 2015, for submitting his PDR to this Court.

Respectfully submitted,

<u>Jose Amilpas</u>
JOSE AMILPAS, Petitioner-Appellant
Robertson Unit, TDCJ No. 1908295
12071 FM 3522
Abilene, Texas   79601-8799


## VERIFICATION BY UNSWORN DECLARATION

I, Jose Amilpas, TDCJ-CID No. 1908295, being presently incarcerated at the Robertson Unit of the Correctional Institutions Division of the Texas Department of Criminal Justice, declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on this, the TWENTY-FIRST day of July, 2015.


DATED: 21 JULY 2015

<u>Jose Amilpas</u>
_____JOSE AMILPAS

## CERTIFICATE OF SERVICE

I hereby certify and declare that a true and correct carbon copy of the attached PETITIONER'S MOTION REQUESTING A SECOND EXTENSION OF TIME DURING WHICH FOR FILING HIS PETITION FOR DISCRETIONARY REVIEW, has been served on the following person on the TWENTY-SECOND day of JULY, 2015, by placing same into the prison's internal Legal Mail System for delivery by regular U.S. Postal Service 1st class mail, enclosed in a postpaid, and properly addressed envelope, mailed to:

Ms. Jessica Caird, Esq.
Assistant District Attorney
Harris County District Attorney's Office
1201 Franklin Street, Suite 600
Houston, Texas   77002

and

Ms. Lisa McMinn, Esq.
State Prosecuting Attorney
P.O. Box 13046 -- Capitol Station
Austin, Texas   78711-3046


DATED: 21 JULY 2015

_JOSÉ AMILPAS

-4-